IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **DONNY Y. EARP,**<br><br>Plaintiff,<br><br>v.<br><br>**TOWNSEND,**<br><br>Defendant. | Case No. 2:21-cv-01656 KJN P<br><br>**ORDER GRANTING MOTION TO OPT OUT OF REFERRAL TO POST-SCREENING ADR PROJECT** |

Good cause having been shown, IT IS HEREBY ORDERED that:

1. Defendant's motion to opt out of the Post-Screening ADR Project (ECF No. 14) is

   granted;

2. The stay of this action is lifted;

3. Defendant shall file a response to the complaint within thirty days of the date of this

   order.

Dated:  January 25, 2022

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

Earp1656.wd

1