IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **DONNY Y. EARP,** | Case No. 2:21-cv-01656 KJN P |
| Plaintiff, | **ORDER TO MODIFY THE COURT'S DISCOVERY AND SCHEDULING ORDER** |
| v. | |
| **TOWNSEND,** | |
| Defendant. | |

    Defendant Townsend filed a request for a 60-days extension of time, up to and including Tuesday, August 30, 2022, to complete discovery. The grounds of this request are that defendant served plaintiff with written discovery on May 2, 2022. As of July 1, 2022, i.e., the discovery deadline, defendant received no responses to the interrogatories served May 2, 2022. Defendant's counsel contacted the institution and set up a conference with plaintiff to discuss the missing responses. Counsel for defendant anticipates deposing plaintiff after receiving the missing discovery responses.

    Additionally, Defendant Townsend seeks a 60-days extension, up to and including Tuesday, November 22, 2022, to file dispositive motions.

    The Court has read and considered the request and counsel's accompanying declaration, and finds that good cause exists to grant the request.

1

[Proposed] Order (2:21-cv-01656 KJN P)

**IT IS HEREBY ORDERED** that:

1. Defendant's request for an extension of time (ECF No. 19) is **GRANTED**;

2. The discovery deadline is extended until August 30, 2022, but only for defendant to file a motion to compel regarding the discovery served May 2, 2022, and to depose plaintiff; the dispositive motion deadline is extended to November 22, 2022.

Dated:  July 6, 2022

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

Earp1656.mod