IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **DONNY Y. EARP,**<br><br>            Plaintiff,<br><br>      v.<br><br>**TOWNSEND,**<br><br>            Defendant. | Case No. 2:21-cv-01656 KJN P<br><br>**ORDER TO MODIFY THE COURT'S DISCOVERY AND SCHEDULING ORDER** |

    Defendant Townsend filed a request for a 45-days extension, up to and including Friday, January 6, 2023 to file a dispositive motion. The Court has read and considered the request and counsel's accompanying declaration and finds that good cause exists to grant the request.

    **IT IS HEREBY ORDERED** that Defendant's request for an extension of time (ECF No. 21) is **GRANTED**.

Dated:  November 23, 2022

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

Earp1656.eot