IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **DONNY Y. EARP,** | Case No. 2:21-cv-01656 KJN P |
| Plaintiff, | **ORDER TO MODIFY THE COURT'S DISCOVERY AND SCHEDULING ORDER** |
| **v.** | |
| **TOWNSEND,** | |
| Defendant. | |

    Defendant Townsend filed a request for a 30-days extension, up to and including Wednesday, February 5, 2023, to file a dispositive motion.  The Court having read and considered the request and counsel's accompanying declaration, finds that good cause exists to grant the request.

    **IT IS HEREBY ORDERED** that defendant's request for an extension of time (ECF No. 23) is granted; the dispositive motion deadline is extended to February 5, 2023.

Dated:  January 9, 2023

_Kendall J. Newman_
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

Earp1656.eot(2)

1